## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 12-24046-Civ-UNGARO/TORRES

Philip Morris USA, Inc.,

     Plaintiff,

v.

cheapmarlborocigarettesonline.net, *et al.*,

     Defendants.

_____/

## REPORT AND RECOMMENDATION ON PLAINTIFF'S *EX PARTE* APPLICATION FOR ENTRY OF TEMPORARY RESTRAINING ORDER

This matter came before the Court on Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction ("Motion"). [D.E. 10].[1] Based on the Motion, affidavits and documents submitted therewith, Plaintiff's Motion should be **GRANTED** insofar as the *Ex Parte* Motion should be entered and a preliminary injunction hearing is set for **December 17, 2012**.

A temporary restraining order is used primarily for maintaining the status quo of the parties. *See, e.g., Cate v. Oldham*, 707 F.2d 1176, 1185 (11th Cir. 1983). A party seeking a temporary restraining order must show: 1) a substantial likelihood of success on the merits; 2) irreparable injury; 3) that the injury to plaintiffs outweigh the harm an injunction may cause defendants; and, 4) that granting the injunction would not disserve the public interest. *See, e.g., Tefel v. Reno,* 180 F.3d 1286, 1295 (11th Cir.

---

[1] By Order dated November 20, 2012, the Honorable Ursula Ungaro referred this Motion to the undersigned [D.E. 11].

1999).  "The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and, (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1).

In this case, Plaintiff Philip Morris USA Inc. ("Plaintiff") makes a sufficient evidentiary showing to support issuing a temporary restraining order.  The Court bases its ruling on the facts found in Plaintiff's Amended Complaint, *Ex Parte* Motion, Declarations of Stephen M. Gaffigan (Plaintiff's attorney"),[2] Terry V. Kidd,[3] Malerie Maggio,[4] exhibits attached thereto and the complete record.

Plaintiff is engaged in the manufacture and distribution of cigarettes under, among others, the "Marlboro" brand name. Kidd Decl. at ¶¶2-4.  Plaintiffs is the owner of all rights in and to the Marlboro trademarks, which are valid and registered on the

---

[2]    *See* [D.E. 10-25 – 10-50]; Declaration of Stephen M. Gaffigan and attached exhibits ("Gaffigan Decl.")].

[3]    An employee of Altria Client Services, which provides services for th tobacco operating companies owned by Altria Group, Inc., including Plaintiff. Mr. Kidd is a Manager of Legal Issues Manager of Legal Issues.  He is familiar with Plaintiff's trademarks. *See* [D.E. 10-1; Declaration of Terry V. Kidd and attached exhibits ("Kidd Decl.") at ¶¶2-3].

[4]    An employee of Investigative Consultants, a licensed private investigative firm that Plaintiff hired to investigate the suspected sale of counterfeit versions of Plaintiff's respective products by Defendants via the Internet. *See* [D.E. 10-3; Declaration of Malerie Maggio and attached exhibits ("Maggio Decl.") at ¶¶2-3].

Principal Register of the United States Patent and Trademark Office (the "Marlboro Marks"). *Id.* at ¶5, Comp. Ex. A.

Defendants, the Partnerships and Unincorporated Associations identified on Schedule "A" attached hereto and Does 1-1000 (collectively "Defendants"), have advertised, offered for sale and/or sold and/or illegally imported Marlboro branded cigarettes bearing counterfeit and infringing trademarks that are substantially indistinguishable from and/or colorable imitations of the registered Marlboro Marks. *Id.* at ¶¶13-15; Maggio Decl. at ¶¶4-5; Gaffigan Decl. at ¶¶2-3.  The Marlboro Marks have never been assigned or licensed to the Defendants, and the Defendants do not have, nor have they ever had, the right or authority to use the Marlboro Marks. Kidd Decl. at ¶¶10-11.

Plaintiff hired Malerie Maggio ("Maggio") to investigate the promotion and suspected sale of counterfeit and/or illegally imported versions of Plaintiff's Marlboro branded products by the Defendants through the internet on various domain names operated by them.  Maggio Decl. at ¶3.[5]  Maggio accessed Defendants' fully interactive commercial Internet websites operating under the Group A Subject Domain Names identified on Schedule B and Group B Subject Domain Names identified on Schedule C both attached hereto, and placed orders for the purchase of Marlboro branded cigarettes, and requested the product be shipped to addresses in the Southern District of Florida.  Maggio Decl. ¶¶4-5 and Comp. Ex. A, B.

---

[5]    A list of Defendants' domain names ("Subject Domain Names") is reproduced below at Schedule "A."

Plaintiff examined each carton, and at least one pack of cigarettes from each carton, using confidential and proprietary methods which enabled it to determine conclusively whether the carton and/or pack are genuine or infringing counterfeit or illegally imported Marlboro branded cigarettes.  Kidd Decl. at ¶¶13-15.  Based on Kidd's physical examination of such products, Plaintiff determined the cartons and packs of what purport to be Marlboro branded cigarettes that were purchased by and delivered to Investigative Consultants via the websites operating under the Group A and Group B Subject Domain Names are infringing counterfeit or illegally imported Marlboro branded cigarettes. *Id*.

Also, Kidd accessed Defendants' internet websites operating under the Group A and Group B Subject Domain Names, and determined that the products advertised thereon were infringing counterfeit or illegally imported Marlboro branded cigarettes that were being illegally offered for sale and importation to consumers in the United States.  *Id*. at ¶¶14-15.

On this record, we find that Plaintiff has a substantial likelihood of success on the merits and thus satisfies this prong.

Moreover, Defendants' unauthorized use of the Marlboro Marks and sale of counterfeit or illegally imported products is sufficiently likely to cause confusion that may "by itself constitute a showing of ... [a] substantial threat of irreparable harm." *Ferrellgas Ptnrs., L.P. v. Barrow*, 143 F. App'x 180, 191 (11th Cir. 2005) (citing *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1310 (11th Cir. 1998)).  Therefore,

based on the record before us, Plaintiff is likely to suffer an irreparable injury to its reputation if Defendants are permitted to continue their activities.

The balance of potential harm to Defendants in restraining their trade in counterfeit and infringing or illegally imported branded goods if a temporary restraining order is issued is far outweighed by the potential harm to Plaintiff, their reputation and goodwill as the manufacturer of, among other things, Marlboro branded cigarettes. Furthermore, public interest favors issuance of the temporary restraining order in order to protect Plaintiff's trademarks and the public from Defendants' sale of non-genuine products.

If notice is given to Defendants of the pendency of this Motion, Defendants are likely to transfer registration for many, if not all, of the Subject Domain Names or otherwise modify registration data and content, change hosts, and redirect traffic to other websites to evade Plaintiff's ability to obtain the relief sought. We find good cause exists for entry of this Order without notice to Defendants to assure retention of the Subject Domain Names under the control of this Court. We thus find that Plaintiff's counsel's certification attached to the Motion has merit and satisfies Rule 65(b)(1)(B). *See* Gaffigan Decl. at ¶¶3-6.

Under 15 U.S.C. § 1117(a), Plaintiff may be entitled to recover, as an equitable remedy, the illegal profits gained through Defendants' distribution and sale of counterfeit and infringing Plaintiffs branded goods. *See Reebok Int'l, Ltd. v. Marnatech Enters., Inc.*, 970 F.2d 552, 559 (9th Cir. 1992) (quoting *Fuller Brush Products Co. v. Fuller Brush Co.*, 299 F.2d 772, 777 (7th Cir. 1962) ("An accounting of profits under §

5

1117(a) is not synonymous with an award of monetary damages: '[a]n accounting for profits... is an equitable remedy subject to the principles of equity.'")).

Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil and Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

In light of the inherently deceptive nature of the counterfeiting business, and Defendants' blatant violation of the federal trademark laws, Plaintiff has good reason to believe Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Based on the foregoing reasons, we **RECOMMEND** that Plaintiff's *Ex Parte* Motion [D.E. 10] be **GRANTED**.  It should also be **ORDERED** and **ADJUDGED** as follows:

## TEMPORARY RESTRAINING ORDER

1.       Each Defendant, their officers, directors, employees, agents, subsidiaries distributors, and all persons in active concert or participation with Defendants having notice of this Order are hereby temporarily restrained:

   a.       From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Marlboro Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and,

   b.       From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or

distributed by Plaintiff, bearing the Marlboro Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Marlboro Marks, or any confusingly similar trademarks.

2.     Each Defendant, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants having notice of this Order shall immediately discontinue the use of the Marlboro Marks or any confusingly similar trademarks, on or in connection with all Internet websites owned and operated, or controlled by them including the Internet websites operating under the Subject Domain Names;

3.     Each Defendant, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with Defendants having notice of this Order shall immediately discontinue the use of the Marlboro Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names;

4.     Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court;

5.      The domain name Registrars for the Subject Domain Names are directed to transfer to Plaintiff's counsel, for deposit with this Court, domain name certificates for the Subject Domain Names;

6.      Upon Plaintiff's request, the privacy protection service for any Subject Domain Names for which the Registrant uses such privacy protection service to conceal the Registrant's identity and contact information are ordered to disclose to Plaintiff the true identities and contact information of those Registrants;

7.      Plaintiff may enter the Subject Domain Names into Google's Webmaster Tools and cancel any redirection of the domains that have been entered there by Defendants which redirect traffic to the counterfeit operations to a new domain name and thereby evade the provisions of this Order;

8.      Each Defendant shall preserve copies of all their computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order;

9.      This Temporary Restraining Order shall remain in effect until the date for the hearing on the Motion for Preliminary Injunction set forth below, or until such further dates as set by the Court or stipulated to by the parties;

10.      This Temporary Restraining Order shall apply to the Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit which verifies such new domain names are being used by Defendants for the purpose of counterfeiting,

8

infringing, and/or cybersquatting the Marlboro Marks at issue in this action and/or unfairly competing with Plaintiff on the World Wide Web;

## BOND TO BE POSTED

11.     Pursuant to 15 U.S.C. § 1116(d)(5)(D), Plaintiff shall post a bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint. In the Court's discretion, the bond may be subject to increase should the amount of the funds seized exceed $10,000.00.  Plaintiff shall post the bond prior to requesting the Registry to transfer control of the Subject Domain Names;

## PRELIMINARY INJUNCTION

12.     An evidentiary hearing shall take place on **Monday, December 17, 2012, at 10:00 a.m.**, James Lawrence King Bldg., 99 N.E. Fourth Street, Tenth Floor, Courtroom 5, Miami, Florida, before the undersigned Magistrate Judge.  Defendants shall present evidence at that hearing why the temporary restraining order should be vacated and why a preliminary injunction order pending trial not be entered.

13.     Plaintiff shall serve a copy of the Amended Complaint, the Application for Temporary Restraining Order, this Report and Recommendation, and all other pleadings and documents on file in this action on each Defendant via the corresponding e-mail addresses provided by Defendants (i) as part of the domain registration data for each of their respective domain names, or (ii) on their Internet websites, and the customer service e-mail addresses used to communicate with Plaintiff's investigators, all of which are identified on Schedules attached hereto, and provide a copy of the

documents on file by e-mail to the registrar of record for each of their respective domain names.  Plaintiffs shall continue to provide notice of these proceedings and copies of the documents on file in this matter to Defendants by email as described above or by other means reasonably calculated to give notice which is permitted by the Court.

14.     Any response or opposition to Plaintiff's Motion for Preliminary Injunction must be filed with the Court and served on Plaintiff's counsel by **December 14, 2012**. The above dates may be revised upon stipulation by all parties and approval of this Court.  Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d) and Fed. R. Civ. P. 65.

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 4th day of December, 2012.

　　　　　　　　　　　　/s/   *Edwin G. Torres*　　　　　
　　　　　　　　　　　　Edwin G. Torres
　　　　　　　　　　　　United States Magistrate Judge

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | cheapmarlborocigarettesonline.net |
| 1 | marlborocigarettesonlines.net |
| 1 | cheapmarlborocigarettesonline.com |
| 1 | marlborocigarettesonline.net |
| 1 | marlborocigarettesonline.us |
| 1 | marlborocigarettesonlines.com |
| 2 | buyparliamentcigarettes.org |
| 3 | acigarettesstore.in |
| 4 | bensonhedgestaxfreecigarettes.org |
| 5 | best100cigarettes.org |
| 6 | bestcigarettemarket.net |
| 7 | buyandsmoke.net |
| 8 | buybestcigarettesonline.org |
| 9 | buycheapcigarettes.in |
| 10 | buycheapcigarettesusa.in |
| 11 | buycigarettesfreeshipping.in |
| 12 | buyingcigarettesonline.in |
| 13 | buyingcigarettesonlinelegal.in |
| 14 | buyingcigarettesontheinternet.in |
| 15 | buyingdutyfreecigarettes.in |
| 16 | buyingonlinecigarettes.in |
| 17 | buypallmallcigarettesonline.org |
| 18 | buytaxfreecigarettesuk.com |
| 19 | cheapcigarettefreeshipping.in |

| 20 | cheapcigarettes24.net |
|----|----|
| 21 | cheapcigarettesdenmark.net |
| 22 | cheapcigarettestobuy.in |
| 23 | cheapcigarettesusa.net |
| 24 | cheapcigarettesusaonline.in |
| 25 | cheapdiscountcigarettes.org |
| 26 | cheapestcigarettesstore.in |
| 27 | cheapestcigarettesstore.org |
| 28 | cheapfreecamelcigarettes.in |
| 29 | cheapkareliablue100cigarettes.in |
| 30 | cheapmarlborocigarettes.in |
| 31 | cheapnewportcigarettes.in |
| 32 | cheapnewportonline.com |
| 33 | cheaptaxfreecigarettes.com |
| 34 | cheaptaxfreecigarettes.in |
| 35 | cheaptaxfreetobacco.org |
| 36 | cheaptobaccostore.net |
| 37 | ciga24.net |
| 38 | cigarettepricesdutyfree.com |
| 39 | cigarettesatadiscount.in |
| 40 | cigarettesatdiscountprices.in |
| 41 | cigarettesbymailonline.net |
| 42 | cigarettessaleonline.in |
| 43 | cigarettessaleonlineny.net |
| 44 | cigarettesstore.in |
| 45 | cigarettestobaccocigars.net |
| 46 | costofdutyfreecigarettes.com |

| 47 | discountcigarettecartons.net |
|----|------------------------------|
| 48 | discountcigarettefi.com |
| 49 | discountcigarettefi.net |
| 50 | discountcigarettes.in |
| 51 | discountcigarettestx.org |
| 52 | dutyfreeshopsonlineusa.net |
| 53 | flavoredcigarettes.net |
| 54 | freeshippingcigarettesonline.com |
| 55 | howcanibuycigarettesonline.in |
| 56 | howtobuycigarettesonline.net |
| 57 | iwanttobuycigarettes.in |
| 58 | lowpricecigarettes.in |
| 59 | malecigarettestore.net |
| 60 | michigancigarettes.net |
| 61 | orderdunhillcigarettes.in |
| 62 | orderwinstoncigarettes.in |
| 63 | purchasecigarettesonline.in |
| 64 | smokemarket.in |
| 65 | taxfreecamelbluecigarettes.in |
| 66 | taxfreecigarettes.in |
| 67 | taxfreecigarettescanada.net |
| 68 | taxfreecigarettesnewzealand.net |
| 69 | taxfreecigarettesusa24.com |
| 70 | taxfreemore120cigarettes.in |
| 71 | taxfreepallmallcigarettes.in |
| 72 | taxfreeparliamentcigarettes.in |
| 73 | taxfreerothmanscigarettes.in |

| 74  | taxfreeviceroycigarettes.in         |
|-----|-------------------------------------|
| 75  | topcigarettesonline.in              |
| 76  | txfreeshopsonlineusa.net            |
| 77  | wheretobuyanelectriccigarette.in    |
| 78  | wheretobuycigarettes.in             |
| 79  | wheretobuyonlinecigarettes.in       |
| 80  | wheretoordercigarettesonline.com    |
| 81  | wholesalecigarettes.in              |
| 82  | wholesalecigarettesuk.net           |
| 83  | 24hrcigarette.com                   |
| 84  | azcigs.com                          |
| 85  | bee-cigs.com                        |
| 86  | bestcigarettesshop.com              |
| 87  | best-tobacco.com                    |
| 88  | buycigarettes24.org                 |
| 89  | buycigarettesonline24.com           |
| 90  | buydutyfreecigarettes.com           |
| 91  | buyluckystrikecigarettes.org        |
| 92  | cheapcigarette.org                  |
| 93  | cheapcigarsandtobacco.net           |
| 94  | cigarea.com                         |
| 95  | cigarettesmix.com                   |
| 96  | cigarettes-sale.net                 |
| 97  | cigarette-store.org                 |
| 98  | cigbuynow.biz                       |
| 99  | cigs4us.com                         |
| 100 | duty-free-cigs.com                  |

| 101 | dutyfreedepot.com |
|-----|-------------------|
| 102 | dutyfreemegashop.com |
| 103 | indocigs.com |
| 104 | internationaltobaccoonline.com |
| 105 | mailcigs.com |
| 106 | marlborocigarettesoutletuk.com |
| 106 | cheapmarlborocigarettesoutlets.com |
| 106 | marlborocigarettesoutlets.com |
| 107 | newporttaxfreecigarettesstore.org |
| 108 | onlinecigarettes.org |
| 109 | payforcigarettes.com |
| 110 | salecheapcigarettes.com |
| 111 | shop-smoke.com |
| 112 | top100cigarettes.com |
| 113 | topcigarettes.eu |
| 114 | yourcigarettesstore.com |
| 115 | 1cigarettesonline.com |
| 116 | 200discountsmokes.com |
| 117 | box-cigs.com |
| 118 | buyeucigarettesonline.com |
| 119 | cheap-24h.com |
| 120 | cheapcigarettes24.in |
| 121 | cheapcigarettesaustralia.net |
| 122 | cheapcigarettesny.org |
| 123 | cheapcigarettesworld.com |
| 124 | cigarettesmall.net |
| 125 | cigarettesonlinebuy.com |

| 126 | cigarettespub.net |
|-----|-------------------|
| 127 | cigarettes-world.com |
| 128 | discount-cheap-cigarettes.net |
| 129 | discountcigarettesworld.com |
| 130 | dutyfreecigarettestore.com |
| 131 | favoritecigarettesshop.net |
| 132 | hot-cigs.com |
| 133 | letmesmoke.com |
| 134 | lowpricescigarettes.com |
| 135 | mailordercigarettes.org |
| 136 | mail-order-cigarettes.us |
| 137 | nyflcigarettes.net |
| 138 | orderdiscountcigarettesny.com |
| 139 | ourcigarettes.net |
| 140 | plumeofsmoke.net |
| 141 | shop-cigarette.com |
| 142 | smokecafe.com |
| 143 | smokes-online.com |
| 144 | taxfreeshop23.com |
| 145 | topcigarettesonline.com |
| 146 | ultracheapcigs.com |
| 147 | verycheapcigarettes.com |
| 147 | verycheapcigarettes.net |

## SCHEDULE "B"
## GROUP A SUBJECT DOMAIN NAMES

| Defendant Number | Defendant / Domain Name |
| --- | --- |
| 1 | cheapmarlborocigarettesonline.net |
| 1 | marlborocigarettesonlines.net |
| 1 | cheapmarlborocigarettesonline.com |
| 1 | marlborocigarettesonline.net |
| 1 | marlborocigarettesonline.us |
| 1 | marlborocigarettesonlines.com |
| 2 | buyparliamentcigarettes.org |
| 83 | 24hrcigarette.com |
| 84 | azcigs.com |
| 85 | bee-cigs.com |
| 87 | best-tobacco.com |
| 88 | buycigarettes24.org |
| 89 | buycigarettesonline24.com |
| 90 | buydutyfreecigarettes.com |
| 91 | buyluckystrikecigarettes.org |
| 92 | cheapcigarette.org |
| 93 | cheapcigarsandtobacco.net |
| 94 | cigarea.com |
| 97 | cigarette-store.org |
| 98 | cigbuynow.biz |
| 99 | cigs4us.com |
| 100 | duty-free-cigs.com |
| 102 | dutyfreemegashop.com |
| 103 | indocigs.com |

| 104 | internationaltobaccoonline.com |
|-----|-------------------------------|
| 105 | mailcigs.com |
| 106 | marlborocigarettesoutletuk.com |
| 106 | cheapmarlborocigarettesoutlets.com |
| 106 | marlborocigarettesoutlets.com |
| 107 | newporttaxfreecigarettesstore.org |
| 108 | onlinecigarettes.org |
| 109 | payforcigarettes.com |
| 110 | salecheapcigarettes.com |
| 111 | shop-smoke.com |
| 112 | top100cigarettes.com |
| 113 | topcigarettes.eu |

## SCHEDULE "C"
## GROUP B SUBJECT DOMAIN NAMES

| Defendant Number | Defendant / Domain Name |
|------------------|-------------------------|
| 3 | acigarettesstore.in |
| 4 | bensonhedgestaxfreecigarettes.org |
| 5 | best100cigarettes.org |
| 6 | bestcigarettemarket.net |
| 7 | buyandsmoke.net |
| 8 | buybestcigarettesonline.org |
| 9 | buycheapcigarettes.in |
| 10 | buycheapcigarettesusa.in |
| 11 | buycigarettesfreeshipping.in |
| 12 | buyingcigarettesonline.in |
| 13 | buyingcigarettesonlinelegal.in |

18

| 14 | buyingcigarettesontheinternet.in |
| 15 | buyingdutyfreecigarettes.in |
| 16 | buyingonlinecigarettes.in |
| 17 | buypallmallcigarettesonline.org |
| 18 | buytaxfreecigarettesuk.com |
| 19 | cheapcigarettefreeshipping.in |
| 20 | cheapcigarettes24.net |
| 21 | cheapcigarettesdenmark.net |
| 22 | cheapcigarettestobuy.in |
| 23 | cheapcigarettesusa.net |
| 24 | cheapcigarettesusaonline.in |
| 25 | cheapdiscountcigarettes.org |
| 26 | cheapestcigarettesstore.in |
| 27 | cheapestcigarettesstore.org |
| 28 | cheapfreecamelcigarettes.in |
| 29 | cheapkareliablue100cigarettes.in |
| 30 | cheapmarlborocigarettes.in |
| 31 | cheapnewportcigarettes.in |
| 32 | cheapnewportonline.com |
| 33 | cheaptaxfreecigarettes.com |
| 34 | cheaptaxfreecigarettes.in |
| 35 | cheaptaxfreetobacco.org |
| 36 | cheaptobaccostore.net |
| 37 | ciga24.net |
| 38 | cigarettepricesdutyfree.com |
| 39 | cigarettesatadiscount.in |
| 40 | cigarettesatdiscountprices.in |

| 41 | cigarettesbymailonline.net |
|---|---|
| 42 | cigarettessaleonline.in |
| 43 | cigarettessaleonlineny.net |
| 44 | cigarettesstore.in |
| 45 | cigarettestobaccocigars.net |
| 46 | costofdutyfreecigarettes.com |
| 47 | discountcigarettecartons.net |
| 48 | discountcigarettefi.com |
| 49 | discountcigarettefi.net |
| 50 | discountcigarettes.in |
| 51 | discountcigarettestx.org |
| 52 | dutyfreeshopsonlineusa.net |
| 53 | flavoredcigarettes.net |
| 54 | freeshippingcigarettesonline.com |
| 55 | howcanibuycigarettesonline.in |
| 56 | howtobuycigarettesonline.net |
| 57 | iwanttobuycigarettes.in |
| 58 | lowpricecigarettes.in |
| 59 | malecigarettestore.net |
| 60 | michigancigarettes.net |
| 61 | orderdunhillcigarettes.in |
| 62 | orderwinstoncigarettes.in |
| 63 | purchasecigarettesonline.in |
| 64 | smokemarket.in |
| 65 | taxfreecamelbluecigarettes.in |
| 66 | taxfreecigarettes.in |
| 67 | taxfreecigarettescanada.net |

| 68 | taxfreecigarettesnewzealand.net |
| 69 | taxfreecigarettesusa24.com |
| 70 | taxfreemore120cigarettes.in |
| 71 | taxfreepallmallcigarettes.in |
| 72 | taxfreeparliamentcigarettes.in |
| 73 | taxfreerothmanscigarettes.in |
| 74 | taxfreeviceroycigarettes.in |
| 75 | topcigarettesonline.in |
| 76 | txfreeshopsonlineusa.net |
| 77 | wheretobuyanelectriccigarette.in |
| 78 | wheretobuycigarettes.in |
| 79 | wheretobuyonlinecigarettes.in |
| 80 | wheretoordercigarettesonline.com |
| 81 | wholesalecigarettes.in |
| 82 | wholesalecigarettesuk.net |
| 86 | bestcigarettesshop.com |
| 95 | cigarettesmix.com |
| 96 | cigarettes-sale.net |
| 101 | dutyfreedepot.com |
| 114 | yourcigarettesstore.com |
| 115 | 1cigarettesonline.com |
| 116 | 200discountsmokes.com |
| 117 | box-cigs.com |
| 118 | buyeucigarettesonline.com |
| 119 | cheap-24h.com |
| 120 | cheapcigarettes24.in |
| 121 | cheapcigarettesaustralia.net |

| 122 | cheapcigarettesny.org |
|-----|------------------------|
| 123 | cheapcigarettesworld.com |
| 124 | cigarettesmall.net |
| 125 | cigarettesonlinebuy.com |
| 126 | cigarettespub.net |
| 127 | cigarettes-world.com |
| 128 | discount-cheap-cigarettes.net |
| 129 | discountcigarettesworld.com |
| 130 | dutyfreecigarettestore.com |
| 131 | favoritecigarettesshop.net |
| 132 | hot-cigs.com |
| 133 | letmesmoke.com |
| 134 | lowpricescigarettes.com |
| 135 | mailordercigarettes.org |
| 136 | mail-order-cigarettes.us |
| 137 | nyflcigarettes.net |
| 138 | orderdiscountcigarettesny.com |
| 139 | ourcigarettes.net |
| 140 | plumeofsmoke.net |
| 141 | shop-cigarette.com |
| 142 | smokecafe.com |
| 143 | smokes-online.com |
| 144 | taxfreeshop23.com |
| 145 | topcigarettesonline.com |
| 146 | ultracheapcigs.com |
| 147 | verycheapcigarettes.com |
| 147 | verycheapcigarettes.net |